```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00133 LJO |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE (NOTE TIME) |
| v. | |
| YASSIN SHAW, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Marc Days, attorney for Yassin Shaw, that the status conference set for January 9, 2012 be continued to March 5, 2012 at 9:00 a.m. The undersigned Assistant U.S. Attorney is scheduled to appear before the 9th Circuit Court of Appeals for oral argument at 9:30 a.m. on January 9, 2012. The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(8)(A).

1

```
 1
 2   Dated: January 6, 2012              Respectfully submitted,

 3                                       BENJAMIN B. WAGNER
                                         United States Attorney
 4
                                    By    /s/ Kimberly A. Sanchez
 5                                       KIMBERLY A. SANCHEZ
                                         Assistant U.S. Attorney
 6
     Dated: January 6, 2012               /s/ Marc Days
 7                                       MARC DAYS
                                         Attorney for Yassin Shaw
 8
 9   Good Cause exists.  Time is excluded pursuant to agreement.
10   Continued to March 5, 2012 at 2:00 p.m.
11
12
13   IT IS SO ORDERED.
14   **Dated:   January 6, 2012**             **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE
```