1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC DAYS, Bar, Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561

5
   Attorney for Defendant
6  YASSIN ALI SHAW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:11-cr-00133 LJO |
|---|---|---|
| Plaintiff, | ) | **APPLICATION FOR ORDER EXONERATING BOND AND FOR RECONVEYANCE OF REAL PROPERTY; ORDER THEREON** |
| v. | ) | |
| YASSIN ALI SHAW, | ) | |
| Defendant. | ) | |

Defendant Yassin Ali Shaw hereby moves this court for an order to exonerate the bond and reconvey real property in the above-captioned case.

On April 29, 2011, Defendant Yassin Ali Shaw, appeared in this matter before the Honorable Dennis L. Beck, United States Magistrate Judge, and was ordered released from custody under the supervision of Pretrial Services and a full equity property bond. A certified deed of trust **(2011-0027508)** was posted on behalf of Yassin Ali Shaw on May 16, 2011.

On August 6, 2012, Defendant Shaw appeared before the Honorable Lawrence J. O'Neill, United States District Court Judge, for judgment and sentencing and is currently serving a term of supervised release. As the requirements of pretrial release were satisfied, Defendant Shaw requests that the court

///

///

1

exonerate the bond set by this court and reconvey title to the real property securing the bond, located at 1690 Trebbiano Street, Tulare, CA 93274, to Madram Shuaibi and Eshrak Shuaibi, husband and wife.

DATED: January 19, 2012  Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

 /s/ Marc Days
MARC DAYS
Assistant Federal Defender
Attorney for Defendant
YASSIN ALI SHAW

## **O R D E R**

**T**he bond in the above-captioned case is exonerated and title to the real property securing said bond, located at 1690 Trebbiano Street, Tulare, CA 93274, is reconveyed to Madram Shuaibi and Eshrak Shuaibi, husband and wife.

IT IS SO ORDERED.

**Dated:   August 18, 2012**         /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE